Robert N. FORD *v.* STATE of Arkansas

621 S.W 2d 701

Supreme Court of Arkansas
October 5, 1981

*John W. Settle,* for appellant.

*Steve Clark,* Atty. Gen., by: *Alice Ann Burns,* Asst. Atty. Gen., for appellee.

PER CURIAM. Appellant, Robert N. Ford, by his attorney, has filed for a rule on the clerk.

His attorney, John W. Settle, admits that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.